United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARENA A. FENG,<br><br>        Plaintiff,<br><br>v.<br><br>AMY YIM, et al.,<br><br>        Defendants. | Case No. 19-cv-07227-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Laurel Beeler for consideration of whether the case is related to *Feng v. County of Santa Clara,* 19-cv-06877-LB.

**IT IS SO ORDERED.**

Dated: November 12, 2019

THOMAS S. HIXSON
United States Magistrate Judge